Filed: July 15, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-1792
(1:04-cv-00560-JFM)

_____

JOSEPH SHANIS; LEAD PLAINTIFF OHIO TUITION TRUST AUTHORITY,

    Plaintiffs - Appellants

 and

DIANE SAUNDERS, on behalf of herself and all others similarly situated; THOMAS W. FORSTER; THE CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN; ADDITIONAL CLASS COUNSEL FOR THE PUTNAM SUBTRACK; LEAD CLASS COUNSEL FOR THE PUTNAM SUBTRACK; A PLAINTIFF; STEPHEN A. FRIEDMAN; OHIO TUITION TRUST AUTHORITY; LINDA PARKER; JACKIE WILLIAMS; LEAD CLASS PLAINTIFFS,

    Plaintiffs

v.

PUTNAM INVESTMENTS TRUST; PUTNAM INVESTMENT MANAGEMENT, LLC; PUTNAM FIDUCIARY TRUST COMPANY; PRUDENTIAL SECURITIES, INCORPORATED; BTS ASSET MANAGEMENT; LINCOLN FINANCIAL ADVISORS CORPORATION; SCHIELD MANAGEMENT COMPANY; RTE ASSET MANAGEMENT; PRITCHARD CAPITAL PARTNERS, LLC; FRANK PERFETUO; JAMES PRUSKO; JUSTIN SCOTT; CARMEL PETERS; GEIRULV LODE; A.J. C. SMITH; PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP; STEPHEN M. ORISTAGLIO; ROBERT F. LUCEY; IRENE M. ESTEVES; GORDON H. SILVER; LAWRENCE J. LASSER; PUTNAM INVESTMENT MANAGEMENT TRUST; PUTNAM, LLC; PRUDENTIAL EQUITY GROUP, LLC; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 150 SUPPLEMENTAL TRUST; ALAN KATZ, Individually and on behalf of the Katz, Kutter, et al,

    Defendants - Appellees

v.

JILL LYNN BAILIN; PUTNAM FUNDS,

                Movants - Appellees

_____

NOTICE OF APPELLATE CASE OPENING

_____

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Court Case Number | 1:04-cv-00560-JFM |
| Date notice of appeal filed in originating court | 07/08/2009 |
| Appellant(s) | Lead Plaintiff Ohio Tuition Trust Authority, Joseph Shanis |
| Appellate Case Number | 09-1792 |
| Case Manager | Merlene Smith-Taylor 804-916-2702 |

The above-captioned case has been opened in this Court.