No. 09-1792

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JOSEPH SHANIS, et al.,
Plaintiffs-Appellants,

vs.

PUTNAM INVESTMENTS TRUST, et al.
Defendants-Appellees.

On Appeal from the United States District Court for the District of Maryland

**JOINT STATUS REPORT FOLLOWING REMAND
FOR PURPOSE OF APPROVING CLASS ACTION SETTLEMENT**

Pursuant to the requirement set forth in this Court's Order dated March 4, 2010 that "[t]he parties shall file a status report on or before April 5, 2010, and every 30 days thereafter on the status of this case," Plaintiffs-Appellants and Defendants-Appellees (collectively, the "parties") respectfully submit this joint status report.

1.     On April 21, 2010 the parties executed their Stipulation and Agreement of Settlement.

      2.      On April 26, 2010, the plaintiffs filed a Motion for Preliminary Approval of Class Settlement, Certification of Settlement Class and Appointment of Class Counsel, along with a proposed order of preliminary approval, proposed order of final judgment and documents providing notice to members of the Class.

      3.      A hearing on the motion for preliminary approval is scheduled for May 7, 2010.

      3.      The district court has instructed the parties that if it grants the motion for preliminary approval, the parties should then propose a schedule concerning the filing of plaintiffs' motion for final approval of the class settlement. Plaintiffs will propose that the final approval hearing be scheduled for October 21 and 22, 2010.

      4.      As directed in this Court's March 4, 2010 Order, the parties will submit a further joint status report on or before May 4, 2010.

Dated: May 4, 2010
      Cincinnati, Ohio

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll
Peter Simshauser
Eben Colby
Jason C. Weida
(signed by Stanley M. Chesley with permission of James R. Carroll)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
Telephone:  (617) 573-4800
Facsimile:  (617) 573-4822

*Lead Counsel for Defendants-Appellees*


/s/ Sherrie R. Savett
Sherrie R. Savett
Lawrence Deutsch
Glen L. Abramson
(signed by Stanley M. Chesley with permission of Sherrie R. Savett)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (800) 424-6690
Facsimile:  (215) 875-4604

*Counsel for Plaintiff-Appellant Joseph Shanis*

ATTORNEY GENERAL FOR THE STATE OF OHIO RICHARD CORDRAY
Randy Knutti
30 East Broad Street, 17th Floor
Columbus, Ohio  43215
Telephone:  (614) 728-5454
Facsimile:  (614) 995-0246


/s/ Stanley M. Chesley
Stanley M. Chesley
James R. Cummins
Terrance L. Goodman
Robert Heuck II
Jean M. Geoppinger
WAITE, SCHNEIDER, BAYLESS,
   & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio  45202
Telephone:  (513) 621-0267
Facsimile:  (513) 621-0262

*Counsel for Plaintiff-Appellant Ohio Tuition Trust Authority*

## **CERTIFICATE OF SERVICE**

I, Robert Heuck II, certify that on May 4, 2010, the foregoing document was served upon all parties or their counsel of record through the CM/ECF system.

s/ Robert Heuck II
Robert Heuck II
