No. 09-1792

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JOSEPH SHANIS, et al.,
Plaintiffs-Appellants,

vs.

PUTNAM INVESTMENTS TRUST, et al.
Defendants-Appellees.

On Appeal from the United States District Court for the District of Maryland

**JOINT STATUS REPORT FOLLOWING REMAND
FOR PURPOSE OF APPROVING CLASS ACTION SETTLEMENT**

Pursuant to the requirement set forth in this Court's Order dated March 4, 2010 that "[t]he parties shall file a status report on or before April 5, 2010, and every 30 days thereafter on the status of this case," Plaintiffs-Appellants and Defendants-Appellees (collectively, the "parties") respectfully submit this joint status report.

1. A hearing on the motion for preliminary approval was held on May 7, 2010, at which the district court was presented with additional information regarding the proposed settlement.

2. Judge Motz signed the preliminary approval order on May 19, 2010 making certain findings and setting forth the schedule for notice, objections, briefing and the final approval hearing.

3. As directed in this Court's March 4, 2010 Order, the parties will submit a further joint status report on or before July 6, 2010, unless the Court directs otherwise. The dates of the fairness hearing are October 21 and 22, 2010, at 10:00 a.m. in Baltimore. The parties request that they not be required to submit another status report until 30 days after the district court rules on the fairness of the settlement.

Dated: June 3, 2010
       Cincinnati, Ohio

/s/ James R. Carroll
James R. Carroll
Peter Simshauser
Eben Colby
Jason C. Weida
(signed by Stanley M. Chesley with permission of James R. Carroll)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, MA  02108
Telephone:  (617) 573-4800
Facsimile:  (617) 573-4822

*Lead Counsel for Defendants-Appellees*

/s/ Sherrie R. Savett
Sherrie R. Savett
Lawrence Deutsch
Glen L. Abramson
(signed by Stanley M. Chesley with permission of Sherrie R. Savett)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (800) 424-6690
Facsimile:  (215) 875-4604

*Counsel for Plaintiff-Appellant Joseph Shanis*

Respectfully submitted,

ATTORNEY GENERAL FOR THE STATE OF OHIO RICHARD CORDRAY
Randy Knutti
30 East Broad Street, 17th Floor
Columbus, OH  43215
Telephone:  (614) 728-5454
Facsimile:  (614) 995-0246


/s/ Stanley M. Chesley
Stanley M. Chesley
James R. Cummins
Terrance L. Goodman
Robert Heuck II
Jean M. Geoppinger
WAITE, SCHNEIDER, BAYLESS,
   & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
Telephone:  (513) 621-0267
Facsimile:  (513) 621-0262

*Counsel for Plaintiff-Appellant Ohio Tuition Trust Authority*

*Of Counsel:*

Richard S. Wayne
STRAUSS & TROY
150 E. Fourth Street
Cincinnati, OH  45202-4018
Telephone: (513) 621-2120
Facsimile:  (513) 629-9426

## **CERTIFICATE OF SERVICE**

    I, Richard S. Wayne, certify that on June 3, 2010, the foregoing document was served upon all parties or their counsel of record through the CM/ECF system.

                                  /s/ Richard S. Wayne
                                  Richard S. Wayne

045688.906.