UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1792
(1:04-cv-00560-JFM)
(MDL-1586)

JOSEPH SHANIS; LEAD PLAINTIFF OHIO TUITION TRUST AUTHORITY

Plaintiffs - Appellants

and

DIANE SAUNDERS, on behalf of herself and all others similarly situated; THOMAS W. FORSTER; THE CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN; ADDITIONAL CLASS COUNSEL FOR THE PUTNAM SUBTRACK; LEAD CLASS COUNSEL FOR THE PUTNAM SUBTRACK; A PLAINTIFF; STEPHEN A. FRIEDMAN; OHIO TUITION TRUST AUTHORITY; LINDA PARKER; JACKIE WILLIAMS; LEAD CLASS PLAINTIFFS

Plaintiffs

v.

PUTNAM INVESTMENTS TRUST; PUTNAM INVESTMENT MANAGEMENT, LLC; JAMES PRUSKO; JUSTIN SCOTT; CARMEL PETERS; GEIRULV LODE; PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP; STEPHEN M. ORISTAGLIO; ROBERT F. LUCEY; IRENE M. ESTEVES; GORDON H. SILVER; LAWRENCE J. LASSER; PUTNAM INVESTMENT MANAGEMENT TRUST; PUTNAM, LLC; MARSH & MCLENNAN COMPANIES, INCORPORATED; FRANK PERFETUO

Defendants - Appellees

and

PUTNAM FIDUCIARY TRUST COMPANY; PRUDENTIAL SECURITIES, INCORPORATED; LINCOLN FINANCIAL ADVISORS CORPORATION; SCHIELD MANAGEMENT COMPANY; RTE ASSET MANAGEMENT; PRITCHARD CAPITAL PARTNERS, LLC; A.J. C. SMITH; PRUDENTIAL EQUITY GROUP, LLC; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 150 SUPPLEMENTAL TRUST; ALAN KATZ, Individually and on behalf of the Katz, Kutter, et al; BTS ASSET MANAGEMENT; PUTNAM AMERICAN GOVERNMENT INCOME FUND; PUTNAM ARIZONA TAX EXEMPT INCOME FUND;

PUTNAM ASSET ALLOCATION: BALANCED PORTFOLIO; PUTNAM ASSET ALLOCATION: GROWTH PORTFOLIO; PUTNAM ASSET ALLOCATION CONSERVATIVE PORTFOLIO; PUTNAM CALIFORNIA TAX EXEMPT INCOME FUND; PUTNAM CAPITAL APPRECIATION FUND; PUTNAM CAPITAL OPPORTUNITIES FUND; PUTNAM CLASSIC EQUITY FUND; PUTNAM CONVERTIBLE INCOME-GROWTH TRUST; PUTNAM DIVERSIFIED INCOME TRUST; PUTNAM DISCOVERY GROWTH FUND; PUTNAM EQUITY INCOME FUND; PUTNAM EUROPE EQUITY FUND; PUTNAM FLORIDA TAX EXEMPT INCOME FUND; PUTNAM GLOBAL EQUITY FUND; PUTNAM GLOBAL INCOME TRUST; PUTNAM GLOBAL NATURAL RESOURCES FUND; PUTNAM GROWTH OPPORTUNITIES FUND; PUTNAM HEALTH SCIENCES TRUST; PUTNAM HIGH YIELD TRUST; PUTNAM INCOME FUND; PUTNAM INTERMEDIATE U.S. GOVERNMENT INCOME FUND; PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND; PUTNAM INTERNATIONAL EQUITY FUND; PUTNAM INTERNATIONAL GROWTH AND INCOME FUND; PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND; PUTNAM INVESTORS FUND; PUTNAM MASSACHUSETTS TAX EXEMPT INCOME FUND; PUTNAM MICHIGAN TAX EXEMPT INCOME FUND; PUTNAM MID CAP VALUE FUND; PUTNAM MINNESOTA TAX EXEMPT INCOME FUND; PUTNAM MONEY MARKET FUND; PUTNAM MUNICIPAL INCOME FUND; PUTNAM NEW JERSEY TAX EXEMPT INCOME FUND; PUTNAM NEW OPPORTUNITIES FUND; PUTNAM NEW: VALUE FUND; PUTNAM NEW YORK TAX EXEMPT INCOME FUND; PUTNAM NEW YORK TAX EXEMPT OPPORTUNITIES FUND; PUTNAM OHIO TAX EXEMPT INCOME FUND; PUTNAM OTC & EMERGING GROWTH FUND; PUTNAM PENNSYLVANIA TAX EXEMPT INCOME FUND; PUTNAM RESEARCH FUND; PUTNAM SMALL CAP GROWTH FUND; PUTNAM SMALL CAP VALUE FUND; PUTNAM TAX EXEMPT MONEY MARKET FUND; PUTNAM TAX SMART EQUITY FUND; PUTNAM TAX-FREE HIGH YIELD FUND; PUTNAM TAX-FREE INSURED FUND; PUTNAM U.S. GOVERNMENT INCOME TRUST; PUTNAM UTILITIES GROWTH AND INCOME FUND; PUTNAM VISTA FUND; PUTNAM VOYAGER FUND; PUTNAM INVESTMENT FUNDS; OMID KAMSHAD; JOHN DOES 1-100; MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; SPECTRUM FINANCIAL, INCORPORATED; BUFFALO CAPITAL CORPORATION; TRAUTMAN WASSERMAN & COMPANY, INCORPORATED; BANK OF AMERICA CORPORATION; KIRLIN SECURITIES, INCORPORATED; CANARY INVESTMENT MANAGEMENT, LLC; CANARY CAPITAL PARTNERS, LIMITED; CANARY CAPITAL PARTNERS, LLC; EDWARD J. STERN; W. NICHOLAS THORNDIKE; W. THOMAS STEPHENS; GEORGE PUTNAM, III; ROBERT E. PATTERSON; JOHN H. MULLIN, III; ELIZABETH T. KEENAN; PAUL L. JOSKOW; RONALD J. JACKSON; JOHN A. HILL; CHARLES B. CURTIS; JAMESON A. BAXTER; PUTNAM NEW YORK TAX EXEMPT MONEY MARKET FUND; PUTNAM CALIFORNIA TAX EXEMPT MONEY MARKET FUND; THE PUTNAM FUND FOR GROWTH AND INCOME; THE GEORGE PUTNAM FUND OF BOSTON; PUTNAM BALANCED RETIREMENT FUND; PUTNAM ASIA PACIFIC GROWTH FUND; PUTNAM TAX EXEMPT FUND; PUTNAM STRATEGIC INCOME FUND; PUTNAM PREFERRED INCOME FUND; PUTNAM TAX SMART FUNDS TRUST; PUTNAM ASSET ALLOCATION FUND; PUTNAM TAX-FREE INCOME TRUST; PUTNAM FUNDS TRUST; IAN S. FERGUSON; WILLIAM H. WOOLVERTON

Defendants

v.

JILL LYNN BAILIN; PUTNAM FUNDS; JOANNE S. BASEMAN; GEIL CRAVEN; JOHN K. CLEMENT; SETH MARKS; DINA ROZENBAUM; DIANE HUTTO

Movants

## MOTION TO DISMISS

The undersigned hereby moves that the above appeal be dismissed upon such terms as have been agreed to by the parties. FRAP 42(b). Undersigned counsel represents to the Court that all appellate counsel of record consent to this dismissal.



Jean M. Geoppinger
Counsel for Appellant